IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NATALIE SUE LILLIE,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

Case No. 6:16-cv-01391-JR

ORDER

MCSHANE, Judge:

        Magistrate Judge Jolie A. Russo has filed a Findings and Recommendation, ECF No. 22, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). The Commissioner filed objections to the Findings and Recommendation. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations.

Magistrate Judge Russo's Findings and Recommendation, ECF No. 22, is ADOPTED in full. The Commissioner's decision is REVERSED and REMANDED for payment of benefits. IT IS SO ORDERED.

DATED this 23th day of October, 2017.

/s/ Michael McShane
Michael McShane
United States District Judge